IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THAER MUSTAFA, and<br>ELYSSIA SANABRIA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 25CR110<br><br>JUDGE DAN AARON POLSTER<br><br><br><br><br><br>PRELIMINARY ORDER OF FORFEITURE |

The United States of America has filed a Motion for a Preliminary Order of Forfeiture in the above-captioned case.

1. On March 18, 2025, a federal grand jury sitting in this District returned a three-count indictment against Defendant Thaer Mustafa and Defendant Elyssia Sanabria, charging each with federal drug offenses, in violation of 21 U.S.C. §§ 841 and 846.

2. The Indictment further sought forfeiture, pursuant to 21 U.S.C. § 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; any and all property used or intended to be used, in any manner or part, to commit or facilitate the commission of such violations, including, but not limited to the following:

a. $214,147.00 in U.S. Currency seized on February 26, 2025; and

b. $90,209.00 in U.S. Currency seized on February 26, 2025.

3. On April 7, 2026, at a change-of-plea hearing, Defendant Thaer Mustafa entered into a plea agreement and pleaded guilty to the federal drug violation, as charged in Count 1, and agreed to the forfeiture of the following:

a. $214,147.00 in U.S. Currency seized on February 26, 2025; and

b. $90,209.00 in U.S. Currency seized on February 26, 2025.

4. On April 23, 2026, at a change-of-plea hearing, Defendant Elyssia Sanabria entered into a plea agreement and pleaded guilty to the federal drug violation, as charged in Count 1, and agreed to the forfeiture of the following:

a. $214,147.00 in U.S. Currency seized on February 26, 2025; and

b. $90,209.00 in U.S. Currency seized on February 26, 2025.

5. By virtue of the foregoing, the United States is entitled to possession of the subject properties pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The United States is hereby authorized to seize the following properties, and they are hereby forfeited pursuant to FED. R. CRIM. P. 32.2(b)(2)(A) and 21 U.S.C. § 853, to the United States for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n):

a. $214,147.00 in U.S. Currency seized on February 26, 2025; and

b. $90,209.00 in U.S. Currency seized on February 26, 2025.

2. Pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish, on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, notice of this Order, notice of the United States Marshal's intent to dispose of the forfeited properties in such manner as the Attorney General may direct, and notice that any person, other than

Defendant Thaer Mustafa and Defendant Elyssia Sanabria, having or claiming a legal interest in the forfeited properties, must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of any actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the forfeited properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited properties, and any additional facts supporting the petitioner's claim and the relief sought.

3. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the forfeited subject properties, as a substitute for published notice as to those persons so notified.

4. Upon adjudication of any and all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

IT IS SO ORDERED this 29th day of April, 2026.

JUDGE DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF OHIO